of goods loaden upon s^d Ship & consigned to s^d Hall at Jamaica as may appeare by bill of Loading under the hand of Samuel Davis then Master of s^d Ship to the value of One hundred and Forty pounds ten Shillings first cost with all due damages according to attachm^t dat^d august 24° 1676. . . . The Jury . . . found for the plaint. due upon the Sale of goods One hundred and Eighty pounds twelve Shillings Jamaica mony & costs of Court allowed.

The two abovewritten actions were tryed at the last County Court, but judgem^t not entred untill this Court according to Law.

### TYNG agt. SEARLE

Edward Tyng Esq^r plaint. agt. Colonel Daniel Searle Def^t in an action of debt of three hundred & thirty pounds in mony or there-abouts due by booke with all due damages according to attachm^t dat^d October. 26° 1676. . . . The Jury . . . found for the plaint. three hundred thirty three pounds Fourteen Shillings & eleven pence in mony & costs of Court allow^d twenty six Shillings six pence

This action was tryed the last Court but judgem^t not entred untill this Court according to law.

Execucion issued may. 19° 1677.   [ 416 ]

### HARRIS agt. SANDIFORD

William Harris plaint. agt. Henry Sandiford Def^t  The plaint. withdrew his action.

### SQUIRE agt. HUDSON

Phillip Squire plaint. agt. Samuel Hudson Deft. in an action of the case on debt for not paying the s^d Squire the Summe of Nine pound in mony for beere sold & deliu^rd the s^d Hudson by the s^d Squire this present yeare with all other due damages according to attachm^t dated nov^r 18° 1676. . . . The Jury . . . found for the plaint. nine pounds in mony and costs of Court Sixteen Shillings eight pence

Execucion issued Jan^ry 31° 1676/7

### WALDRON agt. MARSHALL

Jsaac Waldron plaint. agt. Capt^n Tho: Marshall Def^t in an action of the case for detaining & keeping from him two Cows and one heifer